An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ENRICA CASTRO AND JESUS
CASTRO, JR.,
Appellants,
vs.
BANK OF NEW YORK MELLON F/K/A
THE BANK OF NEW YORK, AS
TRUSTEE FOR THE CERTIFICATE
HOLDERS OF CWALT, INC.,
ALTERNATIVE LOAN TRUST 2006-
OC4, MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-OC4,
Respondent.

No. 63279



FILED

OCT 17 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal of a district court summary judgment in a real property action. Eighth Judicial District Court, Clark County; Abbi Silver, Judge.

Appellants obtained a home loan from Decision One Mortgage Company, LLC and executed a promissory note in favor of Decision One. The note was secured by a deed of trust naming Decision One as the lender and Mortgage Electronic Registration System, Inc. ("MERS"), as the beneficiary and nominee of the lender. The deed of trust authorized MERS, as nominee of the lender, to transfer the deed of trust and appoint a successor trustee. Appellants later recorded documents purporting to change the trustee under the deed of trust and reconvey the property to themselves. MERS assigned the deed of trust to respondent, who instituted this action for quiet title seeking to expunge the documents that appellants recorded. Respondent moved for summary judgment, which was not opposed by appellants. Appellants provided no evidence of any

kind to the district court, and the district court entered summary judgment in respondent's favor.

Having considered appellants' proper person appeal statement and the record on appeal, we conclude that the district court properly entered summary judgment in respondent's favor. *Wood v. Safeway, Inc.*, 121 Nev. 724, 729, 121 P.3d 1026, 1029 (2005). Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Abbi Silver, District Judge
       Enrica Castro
       Jesus Castro, Jr.
       Miles, Bauer, Bergstrom & Winters, LLP
       Eighth District Court Clerk